# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017 LLC and UNILOC USA, INC., | § § CIVIL ACTION NO. 2:18-cv-00501-JRG |
| Plaintiffs, | § § |
| | § PATENT CASE |
| v. | § § |
| GOOGLE LLC, | § JURY TRIAL DEMANDED |
| | § |
| Defendant. | § |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that attorney Jeffrey Huang of the law firm ETHERIDGE LAW GROUP, PLLC appears as counsel of record for Plaintiffs Uniloc 2017 LLC and Uniloc USA, Inc.  Mr. Huang hereby requests that all notices required to be given, and all papers required to be served in the above-entitled and numbered cause, be copied to and served upon him.

**Dated: January 28, 2019**                    Respectfully submitted,

/s/ *Jeffrey Huang*
Jeffrey Huang
California State Bar No. 266774
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
jeff@etheridgelaw.com

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on January 28, 2019.

                                                                       */s/ Jeffrey Huang*
                                                                       Jeffrey Huang