**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC 2017 LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 2:18-cv-00501-JRG-RSP |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| *Defendant.* | § | |

**ORDER**

Before the Court is Defendant Google LLC's ("Google") Motion to Dismiss for Lack of Standing and Improper Venue Under Rules 12(b)(1), 12(b)(3) and 12(b)(6) ("the Original Motion to Dismiss") (Dkt. No. 19) and Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. § 1404 ("the Original Motion to Transfer") (Dkt. No. 57). The Court previously granted a joint motion for venue and jurisdictional discovery and permitted Google to re-brief both its Original Motion to Dismiss and its Original Motion to Transfer to address any newly-discovered material. Google subsequently filed a Renewed Motion to Dismiss for Lack of Standing and Improper Venue ("the Renewed Motion to Dismiss") (Dkt. No. 99) and a Renewed Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. § 1404 ("the Renewed Motion to Transfer") (Dkt. No. 98) (collectively, "the Renewed Motions").

In light of the Renewed Motions, the Court finds that the Original Motion to Dismiss (Dkt. No. 19) and the Original Motion to Transfer (Dkt. No. 57) are **DENIED AS MOOT**.

**SIGNED this 24th day of October, 2019.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE