# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC 2017 LLC, | § | 2:18-CV-491-JRG-RSP |
| | § | 2:18-CV-492-JRG-RSP |
| Plaintiff, | § | 2:18-CV-493-JRG-RSP |
| | § | 2:18-CV-496-JRG-RSP |
| | § | 2:18-CV-497-JRG-RSP |
| | § | 2:18-CV-499-JRG-RSP |
| | § | 2:18-CV-501-JRG-RSP |
| | § | 2:18-CV-502-JRG-RSP |
| | § | 2:18-CV-503-JRG-RSP |
| v. | § | 2:18-CV-504-JRG-RSP |
| | § | |
| GOOGLE LLC, | § | PATENT CASE |
| | § | |
| Defendant. | § | JURY TRIAL DEMANDED |

## NOTICE OF INTENT TO REQUEST REDACTION

Notice is hereby given that a request of redaction will be submitted to the court reporter within 21 days from the filing of the transcript with the Clerk of the Court, which shall be on or before June 11, 2020. The proceedings occurred on April 27, 2020 and were reported by Shelly Holmes, the court reporter.

Dated: May 28, 2020                                    Respectfully submitted,

                                                       */s/ James L. Etheridge*
                                                       James L. Etheridge
                                                       Texas State Bar No. 24059147
                                                       Ryan S. Loveless
                                                       Texas State Bar No. 24036997
                                                       Brett A. Mangrum
                                                       Texas State Bar No. 24065671
                                                       Travis L. Richins
                                                       Texas State Bar No. 24061296
                                                       Jeff Huang
                                                       ETHERIDGE LAW GROUP, PLLC
                                                       2600 E. Southlake Blvd., Suite 120 / 324
                                                       Southlake, Texas 76092
                                                       Telephone: (817) 470-7249
                                                       Facsimile: (817) 887-5950
                                                       Jim@EtheridgeLaw.com
                                                       Ryan@EtheridgeLaw.com
                                                       Brett@EtheridgeLaw.com
                                                       Travis@EtheridgeLaw.com
                                                       JHuang@EtheridgeLaw.com

                                                       **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on May 28, 2020, the foregoing document was served upon all counsel of record via email in accordance with the Federal Rules of Civil Procedure.

                                                       */s/ James L. Etheridge*
                                                       James L. Etheridge